IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CASE NO.: 7:20-CR-52 (WLS-TQL-1) |
| ERIC BECK, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

  Before the Court is Defendant Eric Beck's "Motion to Suppress Illegally Obtained Evidence and Brief in Support". (Doc. 53.) Therein, counsel for Defendant requests that the Court extend the time for Defendant Beck to file his post evidentiary hearing briefing. (*Id.* at 1.) In his motion, Defendant Beck's Counsel contends that additional time is needed to file the post-hearing briefing due to "work required on the cases of other defendants" that prevented Counsel from timely filing Beck's brief. (*Id.* at 1-2) The transcripts were docketed August 31, 2021. (Docs. 84 & 85.)

  The Court gave Defendant twenty-one (21) days after the publication of hearing's transcripts to prepare the post-hearing brief, which expired on September 14, 2021. (Doc. 45.) This instant motion was filed on the deadline of September 14, 2021. (Doc. 53.)  However, the Court specifically notes that this motion is improperly labeled. Counsel titled the motion as a "motion to suppress," when in reality the motion is a request for an extension of time to file. The Court shall construe the motion as such.

  Generally, the Court may, for good cause shown, grant an extension if the request is made before the original time or its extension expires. The instant motion was, indeed, filed on the final day of the original time period. While the Court does acknowledge that the motion is timely, it is not wholly satisfied with Counsel's justification for the extension. Attorneys alone are responsible for managing their time and caseloads accordingly, regardless of varying deadlines or districts. However, because the motion is timely and does not pose a significant delay to the case or prejudice either party, the Court finds that Defendant's request for an

extension should be granted. There is no evidence of bad faith on the part of the Defendant or indication of any prejudice, and the extension shall not unduly delay the disposition of the motion to suppress or the case itself.

Accordingly, in the interest of justice, Defendant's motion for an extension of time to file a post-hearing brief (Doc. 53) is **GRANTED**. Defendant Beck must file his post-hearing brief **no later than Friday, October 15, 2021**, with the Court. In accordance with the original timeline set in the suppression hearing, the Government shall have twenty-one (21) days after Defendant files his post-hearing brief to file its response. Defendant shall then have seven (7) days to reply if he so chooses.

**SO ORDERED**, this 12th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**