# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :  Case No.: 7:20-CR-52 (WLS-TQL) |
| | : |
| ERIC MORGAN BECK, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant's Motion to File Under Seal, asking the Court to file under seal the motion he emailed to the Clerk's Office on May 17, 2022. (Doc. 64.) The Court has reviewed the motion that Defendant would like filed under seal and finds good cause for sealing the underlying motion.

Accordingly, Defendant's Motion to File Under Seal (Doc. 64) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the motion emailed by defense counsel under seal to be made available only to the Parties' counsel and the Court. The motion shall remain sealed until further order of the Court.

**SO ORDERED**, this 1st day of September 2022.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1