IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:20-cr-52-WLS-TQL-1 |
| ERIC MORGAN BECK, | : |
| Defendant. | : |

**ORDER**

By Order Appointing Counsel (Doc. 71) ("Order") entered September 19, 2022, Brendan James Mullen was appointed as replacement counsel for the Defendant Eric Morgan Beck. As of January 9, 2023, Mr. Mullen has not filed a Notice of Appearance.

Pursuant to Local Rule 83.1.3 (made applicable to criminal cases, by Local Criminal Rule 57),

No Attorney shall appear in that capacity before this court until he has entered an appearance by filing a signed entry of appearance form or by filing a signed pleading in a pending action. An entry of appearance shall state (1) the style and number, (2) the identity of the party for whom the appearance is made, and (3) the name and current office address and telephone number of the attorney. The filing of any pleading, unless otherwise specified by the court, shall constitute an appearance by the person(s) signing such pleading.

It is necessary for the Court's Docket in this case to accurately reflect current counsel for Mr. Beck. Accordingly, Brendan James Mullen is hereby **ORDERED** to file a Notice of Appearance on or before **Monday, January 16, 2023,** or to provide an explanation to the Court on why he has not entered such appearance.

**SO ORDERED**, this 9th day of January 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1