# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:20-cr-52-WLS-TQL-1 |
| ERIC MORGAN BECK, | : |
| Defendant. | : |

## ORDER

This matter is before the Court, *sua sponte*, for purposes of correcting a typographical error in the Order entered January 11, 2023 (Doc. 74) denying the Defendant's Motion to Suppress Illegally Obtained Evidence and Brief in Support (Doc. 39). Upon the Court's review, the date in the heading of Section II should read May 25, 2021 instead of May 25, 2022.

Therefore, the heading in Section II of the Order is amended to read:

**II.   EVIDENCE ADDUCED AT HEARING ON MAY 25, 2021.**

The remainder of the Court's Order (Doc. 74) shall be unchanged.

**SO ORDERED**, this 18th day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**